UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OLGA LLC,

       Plaintiff,    24-CV-9486 (LJL) (RWL)

  - against -

             **ORDER**

AMERICAN FIRE & CASUALTY CO.,

       Defendant.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  Due to the passing of Plaintiff's corporate representative, the settlement conference scheduled for August 25, 2025, has been adjourned sine die. Counsel for Plaintiff shall follow up as warranted, confer with defense counsel as appropriate, and file a status report by September 24, 2025.

          SO ORDERED.

          _____
          ROBERT W. LEHRBURGER
          UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2025
   New York, New York

Copies transmitted this date to all counsel of record.

1